No. 94–7231. RHODES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 94–7236. JONES *v.* MARSHALL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–7237. HYMANS *v.* WESTERN BANK, TAOS. Sup. Ct. N. M. Certiorari denied.

No. 94–7238. IWUALA *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 5th Cir. Certiorari denied. 

No. 94–7243. SCHWARZ *v.* UTAH STATE TAX COMMISSION. Ct. App. Utah. Certiorari denied.

No. 94–7244. FONDREN *v.* LeCUREUX, WARDEN. C. A. 6th Cir. Certiorari denied. 

No. 94–7246. JONES *v.* BAKER, WARDEN. C. A. 6th Cir. Certiorari denied. 

No. 94–7250. COSNER *v.* HAWS, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 94–7251. SIMMS *v.* BRAXTON, ADMINISTRATOR, OCCOQUAN FACILITY. Ct. App. D. C. Certiorari denied.

No. 94–7253. BEY *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied. 

No. 94–7259. CASSIDY *v.* MICHIGAN DEPARTMENT OF CORRECTIONS. Ct. App. Mich. Certiorari denied.

No. 94–7263. RUSSELL *v.* NORANDAL USA, INC., SCOTTSBORO DIVISION, ET AL. C. A. 11th Cir. Certiorari denied. 

No. 94–7264. ROYSTER *v.* VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–7265. MOORE *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.